UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPHINE GUTIERREZ AND ) | CASE NUMBER: |
| MARIA CHAVES, ) | 3:06-CV-0300(JBA) |
|    Plaintiffs ) | |
| v. ) | NOTICE OF DISMISSAL |
| ) | |
| DEBT MANAGEMENT, INC., ) | |
|    Defendant ) | AUGUST 17, 2006 |
| ) | |

Pursuant to F.R.C.P. §41(a)(1), the plaintiffs, Josephine Gutierrez and Maria Chaves, through their attorney, Sarah Poriss, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice and without costs.

                PLAINTIFFS, JOSEPHINE GUTIERREZ AND
                MARIA CHAVES


        By: __/s/ Sarah Poriss_____
            Sarah Poriss ct24372
            Consumer Law Group, LLC
            35 Cold Spring Road, Suite 512
            Rocky Hill, Connecticut 06067
            Tel (860) 571-0408  Fax (860) 571-7457

## **CERTIFICATION**

      I hereby certify that on this 17th day of August, 2006, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The foregoing Notice of Dismissal was forwarded via first class mail to:

| | |
|---|---|
| Jonathan D. Elliot | Debt Management, Inc. |
| Kleban & Samor, P.C. | 310 South Street, Suite A |
| 2425 Post Road | Plainville, MA  02762 |
| P.O. Box 763 | |
| Southport, CT  06490 | |

                                              _/s/ Sarah Poriss_____
                                              Sarah Poriss, Esq.